THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK LOUGHRAN, Respondent, *v.* WILLIAM FLYNN, as Warden of the City Prison of the City and County of New York, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

*People ex rel. Loughran* v. *Flynn*, 110 App. Div. 279, affirmed.
(Argued March 2, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1906, which reversed an order dismissing a writ of habeas corpus and directed the discharge of the relator from custody.

*Julius M. Mayer, Attorney-General* (*William E. Schenck* of counsel), for appellant.

*D. Cady Herrick* for respondent.

Order affirmed, with costs, on prevailing opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

NEW YORK ARCHITECTURAL TERRA COTTA COMPANY, Plaintiff, *v.* JOHN T. WILLIAMS, Appellant, and FAGAN IRON WORKS, Respondent.

*N. Y. Arch. Terra Cotta Co.* v. *Williams*, 102 App. Div. 1, affirmed.
(Argued March 6, 1906; decided March 20, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1905, affirming a judgment in favor of the defendant Fagan Iron Works entered upon the report of a referee.

*Richard T. Greene* for appellant.

*Frederick Hulse* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.